Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELADIO PEREZ dba E & F DEMOLITION,<br><br>Defendant. | Case No.: CV 10 2002 JL<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>Date: August 18, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor<br>Hon. James Larson |

Plaintiffs Laborers Trust Funds filed their First Amended Complaint against Eladio Perez dba E & F Demolition on May 24, 2010. Defendant Perez was served with the First Amended Complaint on May 26, 2010. A responsive pleading was due on or before June 15, 2010. Plaintiffs attempted to resolve this matter informally, allowing Defendant an additional 30 days to respond to the Complaint (per Court Order executed on June 24, 2010.

On July 29, 2010, Plaintiffs filed their Second Amended Complaint. Defendant was served the same day, July 29.

– 1 –
REQUEST TO ALLOW ADDITIONAL TIME TO RESPOND TO COMPLAINT; ORDER THEREON

1  To date, no responsive pleading has been filed and Plaintiffs anticipate proceeding in default.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for 30 days.

DATED: August 13, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to October 6, 2010, Courtroom F, 15th Floor at 10:30 a.m.

DATED: August 23, 2010

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12747673.1

— 2 —

REQUEST TO ALLOW ADDITIONAL TIME TO RESPOND TO COMPLAINT; ORDER THEREON