Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> ELADIO PEREZ dba E & F DEMOLITION, <br><br> Defendant. | Case No.: CV 10 2002 JL <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON** <br><br> Date: October 6, 2010 <br> Time: 10:30 a.m. <br> Ctroom: F, 15th Floor <br> Hon. James Larson |

Plaintiffs Laborers Trust Funds filed their First Amended Complaint against Eladio Perez dba E & F Demolition on May 24, 2010. Defendant Perez was served with the First Amended Complaint on May 26, 2010. A responsive pleading was due on or before June 15, 2010. Plaintiffs attempted to resolve this matter informally, allowing Defendant an additional 30 days to respond to the Complaint (per Court Order executed on June 24, 2010.

On July 29, 2010, Plaintiffs filed their Second Amended Complaint. Defendant was served the same day, July 29. Once again, Plaintiffs attempted to informally settle this matter with Defendant. However, Defendant has broken off settlement discussions.

No responsive pleading has been filed. Plaintiffs will proceed in default. Plaintiffs will have their motion for default judgment on file with this Court within the next 45 days.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for 45 days.

DATED: October 4, 2010

                              BULLIVANT HOUSER BAILEY PC

                              By _____
                                  Ronald L. Richman
                                  Susan J. Olson

                              Attorneys for Plaintiffs

### ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 15    , 2010, Courtroom F, 15th Floor at 10:30 a.m. If a motion for default judgment is filed on or before this date, the Case Management Conference shall be vacated.

DATED: October 4 , 2010

                              By _____
                                  HON. JAMES LARSON
                                  UNITED STATES MAGISTRATE JUDGE

12851344.1