| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| 2 | Susan J. Olson, SBN 152467<br>BULLIVANT HOUSER BAILEY PC |
| 3 | 601 California Street, Suite 1800<br>San Francisco, California 94108 |
| 4 | Telephone: 415.352.2700<br>Facsimile: 415.352.2701 |
| 5 | E-Mail: ron.richman@bullivant.com<br>E-Mail: susan.olson@bullivant.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELADIO PEREZ dba E & F DEMOLITION,<br><br>Defendant. | Case No.: CV 10 2002 JL<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>Date: December 15, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor<br>Hon. James Larson |

Plaintiffs Laborers Trust Funds filed their First Amended Complaint against Eladio Perez dba E & F Demolition on May 24, 2010. Defendant Perez was served with the First Amended Complaint on May 26, 2010. A responsive pleading was due on or before June 15, 2010. Plaintiffs attempted to resolve this matter informally, allowing Defendant an additional 30 days to respond to the Complaint (per Court Order executed on June 24, 2010.

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON

On July 29, 2010, Plaintiffs filed their Second Amended Complaint. Defendant was served the same day, July 29. Once again, Plaintiffs attempted to informally settle this matter with Defendant. Defendant broke off settlement discussions.

No responsive pleading has been filed. Plaintiffs will proceed in default. However, Plaintiffs recently recovered $50,000 and additional monies may be recovered which will be applied to the outstanding debt.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for 30 days. Within 30 days, if no further funds are recovered, Plaintiffs will file their Motion for Default Judgment.

DATED: December 7, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

**ORDER**

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __January 19__, 2011, Courtroom F, 15th Floor at 10:30 a.m. If a motion for default judgment is filed on or before this date, the Case Management Conference shall be vacated.

DATED: December 8, 2010

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12974544.1

- 2 -
STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON