Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELADIO PEREZ dba E & F DEMOLITION,<br><br>Defendant. | Case No.: CV 10 2002 JL<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>Date: February 23, 2011<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor<br>Hon. James Larson |

Plaintiffs Laborers Trust Funds filed their First Amended Complaint against Eladio Perez dba E & F Demolition on May 24, 2010. Defendant Perez was served with the First Amended Complaint on May 26, 2010. A responsive pleading was due on or before June 15, 2010. Plaintiffs attempted to resolve this matter informally, allowing Defendant an additional 30 days to respond to the Complaint (per Court Order executed on June 24, 2010).

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON

On July 29, 2010, Plaintiffs filed their Second Amended Complaint. Defendant was served the same day, July 29. Once again, Plaintiffs attempted to informally settle this matter with Defendant. Defendant broke off settlement discussions.

No responsive pleading has been filed. Plaintiffs will proceed in default. Plaintiffs recently recovered over $50,000 and are in the process of revising their claim for damages, based on the additional monies recovered.

Plaintiffs respectfully request that the Case Management Conference be continued for 30 days to allow Plaintiffs to file their Motion for Default Judgment, taking into account the recent additional recoveries which will offset the debt due Plaintiffs.

DATED: February 16, 2011

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __March 23__, 2011, Courtroom F, 15th Floor at 10:30 a.m. If a motion for default judgment is filed on or before this date, the Case Management Conference shall be vacated.

DATED: February 18, 2011

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

13170267.1

-2-
STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON