Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELADIO PEREZ dba E & F DEMOLITION,<br><br>Defendant. | Case No.: CV 10 2002 JSW (JCS)<br><br>~~AMENDED JUDGMENT~~<br>ORDER GRANTING MOTION TO CORRECT DEFAULT JUDGMENT AND AMENDED JUDGMENT |

**Order Granting Motion to Correct and** AMENDED JUDGMENT

~~The Court, adopting as modified, Magistrate Judge Spero's Report and Recommendation and granting in part and denying in part Plaintiffs' motion for default judgment, and pursuant to Plaintiffs' Motion to Correct the Judgment arising from oversight or omission, the Judgment entered by this Court on December 12, 2011 is hereby amended as follows~~:

/ / / The Court has read and considered Plaintiffs' motion to correct default judgment. Defendants have not opposed the motion, although the time for filing an opposition has passed. The Court finds good cause to grant the motion. Accordingly, the motion is GRANTED, and the Judgment is HEREBY AMENDED to provide as follows:

– 1 –
AMENDED JUDGMENT

Case 3:10-cv-02002-JSW Document 50 Filed 06/05/12 Page 2 of 2

|   |   |
|---|---|
| 1 | This Court grants Judgment in favor of Plaintiffs and against defendant Eladio Perez in |

    This Court grants Judgment in favor of Plaintiffs and against defendant Eladio Perez in the amount of $114,614.91, broken down as follows:

    1. the unpaid balance of employee fringe benefit contributions reported but not paid for the period of July and August 2010 in the principal amount of $25,414.64;

    2. contributions not reported, and not paid, for the period of January – August and November 2008 in the amount of $513.70;

    3. the unpaid principal balance of contributions not reported and not paid based on a audit for the period December 2005 –December 2007 in the amount of $5,514.52;

    4. interest and liquidated damages for all delinquent principal contributions for a total of $13,929.76 under § 1132(g)(2)(B) and (C);

    5. liquidated damages and interest accruing on contributions paid, but paid late in the amount of $62,581.28; and

    6. attorneys' fees and costs in the amount of $6,661.01.

    This Court further grants the following relief to Plaintiffs: (7) a mandatory injunction requiring the Defendant Eladio Perez to submit to an audit of its financial records by the Boards of Trustees for the period January 2008 to the present; and finally, (8) this Court shall retain jurisdiction of the parties and subject matter to enforce the mandatory injunction and to entertain a motion for a further money judgment, should the audit disclose amounts that may be owed by Defendant to the Trust Funds. The Court reserves the right to refer any such motion to Magistrate Judge Spero for purposes of preparing a further report and recommendation.

**IT IS SO ORDERED.**

Dated: June 5, 2012

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

– 2 –
AMENDED JUDGMENT