**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: Recording requested by and return to: Ronald L. Richman SBN 139189 Bullivant Houser Bailey PC 601 California Street, Suite 1800 San Francisco, California Telephone: 415-352-▢▢ ☒ ATTORNEY   ☒ JUDGMENT CREDITOR FOR | **ORIGINAL** | |
|---|---|---|
| U.S. District Court, North STREET ADDRESS: 450 Golde MAILING ADDRESS: 450 Golde CITY AND ZIP CODE: San Franc BRANCH NAME: | | FOR RECORDER'S USE ONLY |
| PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. DEFENDANT: Eladio Perez dba E &F Demolition | | CASE NUMBER: CV 10 02002 JSW |
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   ☐ Amended | | FOR COURT USE ONLY |

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   ```
   Eladio Perez dba E & F DEMOLITION
   760-98th Avenue
   Oakland, CA 94603
   ```
   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]:    ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: ELADIO PEREZ dba. E & F DEMOLITION, 760 – 98th Avenue, Oakland, CA 94603 on July 29, 2010

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, 220 Campus Lane, Fairfield, CA 94585
4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 13, 2012
Ronald L. Richman
(TYPE OR PRINT NAME)

▶ *Ronald L. Richman* (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 114,614.91
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: June 5, 2012
   b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

[SEAL]

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:
12. a. ☒ I certify that this is a true and correct abstract of, the judgment entered in this action,
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date)*:
JUN 1 4 2012

Clerk, by   HILARY JACKSON   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to<br>Ronald L. Richman SBN 139189<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108<br>Telephone: 415-352-2700<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | |
|---|---|
| U.S. District Court, Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, California 94102<br>BRANCH NAME: | FOR RECORDER'S USE ONLY |
| PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.<br>DEFENDANT: Eladio Perez dba E &F Demolition | CASE NUMBER:<br>CV 10 02002 JSW |
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  ☐ Amended | FOR COURT USE ONLY |

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────────┐
      │ Eladio Perez dba E & F DEMOLITION   │
      │ 760-98th Avenue                     │
      │ Oakland, CA 94603                   │
      └─────────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:   ☒ Unknown
   c. Social security no. [last 4 digits]:              ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* ELADIO PEREZ dba. E & F DEMOLITION, 760 – 98th Avenue, Oakland, CA 94603 on July 29, 2010

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, 220 Campus Lane, Fairfield, CA 94585

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 13, 2012
Ronald L. Richman
(TYPE OR PRINT NAME)

▶ _/s/ signature_
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 114,614.91
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* June 5, 2012
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
JUN 14 2012

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒ I certify that this is a true and correct abstract of, the judgment entered in this action,
    b. ☐ A certified copy of the judgment is attached.

Clerk, by ___HILARY JACKSON___, Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*:<br>Recording requested by and return to:<br>Ronald L. Richman SBN 139189<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108<br>Telephone: 415-352-2700<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD |
|---|

ORIGINAL

| U.S. District Court, Northern District of California |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue |
| MAILING ADDRESS: 450 Golden Gate Avenue |
| CITY AND ZIP CODE: San Francisco, California 94102 |
| BRANCH NAME: |

FOR RECORDER'S USE ONLY

| PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. | CASE NUMBER:<br>CV 10 02002 JSW |
|---|---|
| DEFENDANT: Eladio Perez dba E &F Demolition | |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   ☐ Amended | FOR COURT USE ONLY |
|---|---|

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      Eladio Perez dba E & F DEMOLITION
      760-98th Avenue
      Oakland, CA 94603
      ```

   b. Driver's license no. [last 4 digits] and state:          ☒ Unknown
   c. Social security no. [last 4 digits]:                      ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
   mailed to *(name and address)*: ELADIO PEREZ dba. E & F DEMOLITION, 760 – 98th Avenue, Oakland, CA 94603 *on July 29, 2010*

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, 220 Campus Lane, Fairfield, CA 94585

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 13, 2012
Ronald L. Richman
(TYPE OR PRINT NAME)                    ▶ /s/ *signature*
                                          (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 114,614.91

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: June 5, 2012
   b. Renewal entered on *(date)*:

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
JUN 14 2012

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:

12. a. ☒ I certify that this is a true and correct abstract of, the judgment entered in this action,
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____HILARY JACKSON_____, Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190