*Skyline Construction Re: Eladio Perez dba E+F Demolition* (handwritten at top)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 415-352-2700 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ Recording requested by and return to:<br>Ronald L. Richman, SBN 139189/Susan J. Olson, SBN 152467<br>BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, CA 94108 | | |

ATTORNEY FOR (Name): Board of Trustees of the Laborers Trust Funds of Northern CA
NAME OF COURT: U.S. District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund of Northern California, et al.
DEFENDANT: Eladio Perez dba E & F Demolition

**MEMORANDUM OF GARNISHEE**
(Attachment — Enforcement of Judgment)

NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.
– RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER –

LEVYING OFFICER (Name and Address):
U.S. Marshal
Northern District of California
450 Golden Gate Ave., Room 15-2848
San Francisco, CA 94102

LEVYING OFFICER FILE NO.:
COURT CASE NO.: CV 10 02002 JSW

This memorandum does *not* apply to garnishment of earnings.

(stamp: NORTHERN DISTRICT OF CALIFORNIA, 2012 JUL 17 AM 10:00, RECEIVED UNITED STATES MARSHAL)

1. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

2. **For writ of execution only** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

DEFENDANT IS PERFORMING WORK WITH A VALUE OF $14,500 AND A $16,645. HOWEVER WORK IS NOT COMPLETED AND DEFENDANT HAS NOT BEEN PAID

3. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and terms of the obligation and the reason for not paying it to the levying officer:

(Continued on reverse)

Form Approved by the
Judicial Council of California
AT-167, EJ-152 [New July 1, 1983]

**MEMORANDUM OF GARNISHEE**
(Attachment — Enforcement of Judgment)

CCP 488.610
701.030

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Board of Trustees of the Laborers Health and Welfare Trust Funds for Northern California, et al. v. Eladio Perez dba E & F Demolition | LEVYING OFFICER FILE NO.: | COURT CASE NO.: CV 10 02002 JSW |
|---|---|---|

4. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

5. **For writ of execution only** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

6. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

### DECLARATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/23/12

Jim Rucker
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

---

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

---

AT-167, EJ-152 [New July 1, 1983]

**MEMORANDUM OF GARNISHEE**
(Attachment — Enforcement of Judgment)

Page two

American LegalNet, Inc.
www.FormsWorkflow.com

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TEL NO.: 415-352-2700 |
|---|---|

☒ Recording requested by and return to:
Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108

☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

NAME OF COURT: U.S. District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.
DEFENDANT: Eladio Perez dba E & F Demolition

FOR RECORDER'S USE ONLY

LEVYING OFFICER (Name and Address):
U.S. Marshal
Northern District of California
450 Golden Gate Ave., Room 15-2848
San Francisco, CA 94102

LEVYING OFFICER FILE NO.:
COURT CASE NO.: CV 10 02002 JSW

**NOTICE OF LEVY**
under Writ of    ☒ Execution (Money Judgment)    ☐ Sale

**TO THE PERSON NOTIFIED** (name): Skyline Construction, 731 Sansome Street, Suite #4, San Francisco, CA 94111, tel.: (415) 908-1020.

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): Eladio Perez dba E & F Demolition
   b. The property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      ☒ as follows: any and all funds, up to the amount shown below, currently due and payable or becoming due and payable within two years of the date of this writ by you to the judgment debtor.

2. The amount necessary to satisfy the judgment creditor's judgment is:
   a. Total amount due (less partial satisfactions) ........................................................... $ 86,749.61
   b. Levy fee ..................................................................................................................... $ 55.00
   c. Sheriff's disbursement fee ......................................................................................... $ 0.00
   d. Recoverable costs ..................................................................................................... $ 0.00
   e. Total (a through d) ..................................................................................................... $ 86,804.61
   f. Daily interest .............................................................................................................. $

3. You are notified as
   a. ☐ a judgment debtor.
   b. ☒ a person other than the judgment debtor (state capacity in which person is notified): Garnishee.

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
☒ mailed on (date): 7.17.12
☐ delivered on (date):
☐ posted on (date):
☐ filed on (date):
☐ recorded on (date):

Date: 7.17.12

B. Graham
(TYPE OR PRINT NAME)

(SIGNATURE)
☐ Levying officer    ☒ Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. January 1, 2002]

**NOTICE OF LEVY**
(Enforcement of Judgment)

Code of Civil Procedure, § 699.540
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Board of Trustees of the Laborers Trust Fund for Northern California, et al. v. Eladio Perez dba E & F Demolition | LEVYING OFFICER FILE NO.: | COURT CASE NO.: CV 10 02002 JSW |
|---|---|---|

## – INFORMATION FOR JUDGMENT DEBTOR –

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

| EJ-150 [Rev. January 1, 2002] | NOTICE OF LEVY (Enforcement of Judgment) | Page 2 of 2 American LegalNet, Inc. www.FormsWorkflow.com |
|---|---|---|

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| Ronald L. Richman SBN 139189<br>BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, CA 94108<br>TELEPHONE NO.: 415-352-2700  FAX NO.: 415-352-2701<br>E-MAIL ADDRESS: ron.richman@bullivant.com<br>ATTORNEY FOR *(Name):* Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | RECEIVED<br>2012 JUL 17 AM 10:00<br>UNITED STATES MARSHAL<br>NORTHERN DISTRICT OF CALIFORNIA |

**U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.
DEFENDANT: Eladio Perez dba E & F Demolition

| WRIT OF | ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF ☐ Personal Property<br>                       ☐ Real Property<br>☐ SALE | CASE NUMBER:<br>CV 10 02002 JSW |
|---|---|---|
| | ☐ Limited Civil Case  ☐ Small Claims Case<br>☒ Unlimited Civil Case  ☐ Other _____ | |

1. To the Sheriff or Marshal of the County of: SAN FRANCISCO
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.
   is the ☒ judgment creditor  ☐ assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Eladio Perez dba E & F DEMOLITION
   760-98th Avenue
   Oakland, CA 94603

   ☐ Additional judgment debtors on next page
5. **Judgment entered** on *(date):* June 5, 2012
6. ☐ **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see next page).*
8. ☐ Joint debtor information on next page.

[SEAL]

9. ☐ See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment.............................................$ 114,614.91
12. Costs after judgment (per filed order or memo CCP 685.090)...................................$ 0.00
13. Subtotal *(add 11 and 12)*.............................$ 114,614.91
14. Credits.........................................................$ 0.00
15. Subtotal *(subtract 14 from 13)*....................$ 114,614.91
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). ......$ 0.00
17. Fee for issuance of writ ...............................$ 0.00
18. **Total** *(add 15, 16, and 17)* ..........................$ 114,614.91
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of .................................$ 0.00
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i))...................................$ 0.00
20. ☐ The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* 7-10-2012  Clerk, by _____, Deputy
MARK ROMYN

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| PLAINTIFF: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Eladio Perez dba E & F Demolition | CV 10 02002 JSW |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
       *(Check (1) or (2)):*
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
             The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
             (a) $                was the daily rental value on the date the complaint was filed.
             (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
    b. ☐ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice* of *Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
▶ *A* Claim of Right to Possession *form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

EJ-130 [Rev. January 1, 2012]      **WRIT OF EXECUTION**      Page 2 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com